# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| DONALD J. NOLAN, LTD. | ) | |
|          Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No.: 1:24-cv-07309 |
| | ) | Honorable Andrea R. Wood |
| FEDERAL AVIATION ADMINISTRATION, | ) | |
| | ) | |
|          Defendant. | ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, DONALD J. NOLAN, LTD., and Defendant, FEDERAL AVIATION ADMINISTRATION, hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party agrees to bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ Ryan M. Nolan
Ryan M. Nolan
NOLAN LAW GROUP
20 N. Clark Street, Suite 3000
Chicago, IL 60602
Attorney for Plaintiff

By:

MORRIS PASQUAL
Acting United States Attorney

/s/ Danielle Anne Phillip
DANIELLE ANNE PHILLIP
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2039
danielle.phillip@usdoj.gov

Attorney for Defendant

Dated: 2/4/2025

Dated: 2/4/2025